# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JASON R. YOUNG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D16-2953, 16-2954, & 16-2957

[October 12, 2017]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 12-04101CF10A, 12-13043 CF10A, and 12-14531 CF10A.

Carey Haughwout, Public Defender, and James W. McIntire, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***